FILED

JUN 2 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, | No. 14-15627 |
| | D.C. No. 3:07-cv-06140-EMC Northern District of California, San Francisco |
| JOEL EICHENHOLTZ, individually and on behalf of all others similarly situated; et al., | |
| Plaintiffs - Appellees, | ORDER |
| JEFF M. BROWN, | |
| Objector - Appellant, | |
| v. | |
| VERIFONE SYSTEMS, INC.; et al., | |
| Defendants - Appellees. | |

The court is in receipt of appellant's motion for voluntary dismissal of this case and appellees' response thereto. Appellant's motion is granted. This case is dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b).

A copy of this order shall act as and for the mandate of this court.

LKing5.26.14/Pro Mo

For the Court:

MOLLY C. DWYER
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

LKing5.26.14/Pro Mo